**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-01505-PAB-MJW

MARK ROLENC,

      Plaintiff,

v.

ACCOUNTS RECEIVABLE MANAGEMENT, INC., a New Jersey corporation,

      Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the Notice of Dismissal With

Prejudice [Docket No. 5].  The Court has reviewed the pleading and is fully advised in

the premises.  It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims

asserted therein, is dismissed with prejudice, with each party to bear its own attorneys'

fees and costs.

DATED August 10, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge